**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Russell A. Cline |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 2:17-bk-57272 |

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Community Loan Servicing, LLC           **Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 9 5 4 7

**Date of payment change:**
Must be at least 21 days after date of this notice: 12/1/2020

**New total payment:** $ 1091.53
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 383.11       New escrow payment: $ 424.79

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

| Debtor 1 | Russell A. Cline | Case number *(if known)* 2:17-bk-57272 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X *[signature]*
Signature

Date 11/03/2020

Print: Bryan S. Fairman
First Name  Middle Name  Last Name

Title  Authorized Agent for Creditor

Company  Aldridge Pite, LLP

Address  4375 Jutland Dr. Suite 200; P.O. Box 17933
Number  Street

San Diego   CA   92177
City    State   ZIP Code

Contact phone  (858) 750-7600

Email  bfairman@aldridgepite.com

**Community Loan Servicing**
P.O. Box 331409
Miami FL  33233-1409

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**
| | |
|---|---|
| COUNTY TAX | $2,305.92 |
| HAZARD INS | $2,378.00 |
| Total | $4,683.92 |

$4,683.92 / 12 months =
Escrow Payment Calculation    $390.33

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT AND CHANGE OF PAYMENT NOTICE PREPARED FOR**

ESCROW ANALYSIS DATE: 10/01/2020

Russell A Cline
C/O Christopher John Spiroff
Spiroff Law Office
#
1180 South High Street
Columbus, OH  43206

**NEW PAYMENT IS AS FOLLOWS:**
| | |
|---|---|
| Principal and Interest | $666.74 |
| Required Escrow Payment | $390.33 |
| Shortage/Surplus Spread | $34.46 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |
| **Total Payment** | **$1,091.53** |
| **New Payment Effective Date:** | **12/01/2020** |
| Current Payment Due Date: | 09/01/2020 |

This statement provides a detailed summary of activity related to your escrow account. Community Loan Servicing maintains your escrow account to pay such items as property taxes, insurance premiums, and/or mortgage insurance. The escrow items to be disbursed from your account over the next twelve months are summarized above.

**ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR**

The following estimate of activity in your escrow account from 12/2020 through 11/2021 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included. This also includes the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | MIP/PMI | FLOOD | HAZ. INS. | WIND INS. | TAXES | TAX DESC. | ESCROW ACCOUNT BALANCE PROJECTED | REQUIRED |
|---|---|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | | | $12,389.60-[1] | $1,152.96[2] |
| DEC 20 | $390.33 | | | | | | | $11,999.27- | $1,543.29 |
| JAN 21 | $390.33 | | | | | $1,152.96 | COUNTY TAX-1 | $12,761.90-* | $780.66 LP |
| FEB 21 | $390.33 | | | | | | | $12,371.57- | $1,170.99 |
| MAR 21 | $390.33 | | | | | | | $11,981.24- | $1,561.32 |
| APR 21 | $390.33 | | | | | | | $11,590.91- | $1,951.65 |
| MAY 21 | $390.33 | | | | | | | $11,200.58- | $2,341.98 |
| JUN 21 | $390.33 | | | | | $1,152.96 | COUNTY TAX-2 | $11,963.21- | $1,579.35 |
| JUL 21 | $390.33 | | | | | | | $11,572.88- | $1,969.68 |
| AUG 21 | $390.33 | | | | | | | $11,182.55- | $2,360.01 |
| SEP 21 | $390.33 | | | | | | | $10,792.22- | $2,750.34 |
| OCT 21 | $390.33 | | | | | | | $10,401.89- | $3,140.67 |
| NOV 21 | $390.33 | | | $2,378.00 | | | | $12,389.56- | $1,153.00 |
| Total | | | | $2,378.00 | | $2,305.92 | | | |

(1)  Your current escrow balance is negative $11,160.93. To project the next year's tax and insurance payment we added $1,149.33 for payments not yet made and subtracted $2,378.00 for disbursement not yet made.  This brings your projected starting balance to negative $12,389.60 (see breakdown on next page).

(LP)  The lowest (LP) required escrow balance for the next 12 months is scheduled to be $780.66 (cushion) which is 1/6 of the anticipated escrow account installment. Under Federal Law (RESPA) or applicable state law, a cushion in your escrow account is permitted (excluding MIP/PMI).

(*)  Your lowest (*) projected escrow balance for the next 12 months is scheduled to be negative $12,761.90. Your bankruptcy escrow claim amount of $13,129.10 will be added to your escrow balance.  The difference between the lowest projected balance, bankruptcy escrow claim amount and cushion is $413.46. This results in a shortage once all the payments not yet made for the tax and insurance portion are received.

(2)  Based on the escrow account projection for the coming year indicated above, your escrow account requires a starting escrow balance of $1,152.96 to arrive at the lowest (LP) required escrow balance.

**This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid through that plan. In other words, we are only analyzing for taxes (and insurance if applicable) that will come due after your current bankruptcy filing date.**

**IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.**

---

**ESCROW SHORTAGE REMITTANCE FORM**

**Name: Russell A Cline**

Escrow Shortage Amount: $413.46

Your escrow shortage has been spread over a 12 month period, which may result in an increase in your payment.  If you choose to pay your Escrow Shortage Amount in a lump sum, please include your account number on your check, and mail this coupon with your remittance to:

**COMMUNITY LOAN SERVICING, LLC**       Amount Enclosed: $_____
P.O. BOX 740410
Cincinnati, OH  45274-0410

**Your new payment will then be: $1,057.07.**

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY**

Name: Russell A Cline

This is a statement of actual activity in your escrow account from 12/2019 through 11/2020. Last year's projections are next to the actual activity. Your mortgage payment for the past year was $1,049.85 of which $666.74 was for principal and interest and $383.11 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. An 'E' indicates a projected disbursement or payment.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) were received less than OR greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) were received earlier OR later than expected | • Exemption status lost or changed | • Coverage changed |
| • Previous overage was returned to escrow | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous deficiency/shortage not paid entirely | • Tax bill paid earlier OR later than expected | • Insurance bill paid earlier OR later than expected |
|  | • Tax installment not paid | • Premium was not paid |
|  | • Tax refund received | • Premium refund received |
|  | • New tax escrow requirement paid | • New insurance escrow requirement paid |
|  |  | • Force placed insurance premium paid |

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL |  |  |  |  |  | $1,153.69 | $15,767.84- |
| DEC 19 | $383.11 | $759.94 * |  |  |  | $1,536.80 | $15,007.90- |
| JAN 20 | $383.11 | $1,139.91 * | $1,153.69 | $1,152.96 * | COUNTY TAX-1 | $766.22 | $15,020.95- L |
| FEB 20 | $383.11 | $759.94 * |  |  |  | $1,149.33 | $14,261.01- |
| MAR 20 | $383.11 | $0.00 * |  |  |  | $1,532.44 | $14,261.01- |
| APR 20 | $383.11 | $759.94 * |  |  |  | $1,915.55 | $13,501.07- |
| MAY 20 | $383.11 | $383.11 |  |  |  | $2,298.66 | $13,117.96- |
| JUN 20 | $383.11 | $1,532.44 * | $1,153.69 | $1,152.96 * | COUNTY TAX-2 | $1,528.08 | $12,738.48- |
| JUL 20 | $383.11 | $0.00 * |  |  |  | $1,911.19 | $12,738.48- |
| AUG 20 | $383.11 | $1,194.44 * |  |  |  | $2,294.30 | $11,544.04- |
| SEP 20 | $383.11 | $383.11 |  |  |  | $2,677.41 | $11,160.93- |
| OCT 20 | $383.11 | $766.22 *E |  |  |  | $3,060.52 | $10,394.71- |
| NOV 20 | $383.11 | $383.11  E | $2,290.00 | $2,378.00 *E | HAZARD INSUR | $1,153.63 | $12,389.60- |
| Total | $4,597.32 | $8,062.16 | $4,597.32 | $4,683.92 |  |  |  |

\* = indicates a difference from a previous estimate either in the date or the amount
'E' = projected disbursement or payment
'L' = Lowest Escrow Balance

**Starting Projected Escrow Balance:**

| | |
|---|---|
| Current Escrow Balance | $11,160.93- |
| Payments Not Yet Made | $1,149.33 |
| Disbursements Not Yet Made | $2,378.00 |
| Projected Escrow Balance | $12,389.60- |

At the time of your escrow account review, your expected lowest balance was $766.22 (cushion) or 1/6 of the anticipated escrow payment. Your actual lowest escrow balance was negative $15,020.95, as shown in the above "Account History".

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

Community Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non-bankruptcy law and/or informational purposes only. It does not constitute an attempt to collect a debt, to reaffirm a debt, or to impose any personal liability on you. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged. If your original obligation was discharged, any payment you make on the account is voluntary, but we still have rights under the security instrument, including the right to foreclose on the property. If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number. Community Loan Servicing, LLC., NMLS no. 2469.

Should you require additional information, please call Customer Service: 1-800-457-5105
Mon-Fri, 8:00 a.m. to 7:00 p.m., EST
www.communityloanservicing.com

**The following mailing address must be used for all Error Notices & Information Requests: Community Loan Servicing, LLC, Customer Support, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

## UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF OHIO - COLUMBUS DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-57272 |
| RUSSELL A. CLINE, | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE** |

I, Melissa Gonzalez, declare that:

I am employed by Aldridge Pite, LLP.  My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305.   I am over the age of eighteen years and not a party to this case.

On November 9, 2020, I caused the NOTICE OF MORTGAGE PAYMENT CHANGE to be served in said case by electronic means through the court's CM/ECF system or through United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.


/s/ Melissa Gonzalez
Melissa Gonzalez

- 1 -

PROOF OF SERVICE

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Russell A. Cline
7171 Billman Road
Gambier, OH 43022


**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Christopher John Spiroff

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Faye D. English

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Asst US Trustee (Col)

- 2 -

PROOF OF SERVICE